**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

No. 98-2465

———————

NSONSA KISALA,

                              Plaintiff - Appellant,

        versus

NEXTEL COMMUNICATIONS,

                              Defendant - Appellee.

———————

Appeal from the United States District Court for the District of Maryland, at Greenbelt.  Peter J. Messitte, District Judge.  (CA-97-3098-PJM)

———————

Submitted:  April 29, 1999              Decided:  May 5, 1999

———————

Before WILLIAMS, TRAXLER, and KING, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Nsonsa Kisala, Appellant Pro Se.  Ralph Michael Smith, SHAWE & ROSENTHAL, Baltimore, Maryland; Susan Z. Haller, JONES, DAY, REAVIS & POGUE, Washington, D.C., for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Nsonsa Kisala appeals from the district court's order granting summary judgment in favor of the Defendant in his employment discrimination claim. We have reviewed the record and conclude that Kisala is unable to demonstrate that the Defendant's proffered legitimate nondiscriminatory reasons for its actions were pretext for actual discrimination. See McDonnell Douglas Corp. v. Green, 411 U.S. 792, 804 (1973) (providing standard); EEOC v. Clay Printing Co., 955 F.2d 936, 941 (4th Cir. 1992) (same). Accordingly, we affirm the district court's grant of summary judgment, and deny all pending motions. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED